

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00103-CV

**IN THE INTEREST OF J.N.R.**, L.A.A.M.,
K.E.M., and K.J-A.M., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01190
Honorable Brenda Chapman, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the trial court's judgment terminating Mother's parental rights is AFFIRMED.

SIGNED August 6, 2025.

_____
Velia J. Meza, Justice